# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MIKE and MICHELLE MILLER,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CA 09-0067-KD-C |
| | ) |
| **SOUTHEAST SUPPLY HEADER, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 19, 2009, is **ADOPTED** as the opinion of this Court with the following amendment: Footnote #2 is deleted.

**DONE** this 31st day of December, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**